# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINA M. MANGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 7:09CV5000 |
| vs. | ) | |
| | ) | ORDER |
| LLOYD B. NEWLON, et al. | ) | |
| | ) | |
| Defendants and Third Party Plaintiffs, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF ROADS, et al., | ) ) | |
| | ) | |
| Third Party Defendants. | ) | |

On the oral motion of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for October 9, 2009 at 10:00 a.m. is cancelled and is **rescheduled for October 16, 2009 at 11:00 a.m. Central Daylight Time** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 9th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge