# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHRISTINA M. MANGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **7:09CV5000** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **LLOYD B. NEWLON, a Resident of the** | ) | |
| **State of Iowa and HITE TRUCKING, LLC,** | ) | |
| **a corporation doing business in the** | ) | |
| **State of  Iowa and the State of Nebraska,** | ) | |
| | ) | |
| **Defendants and** | ) | |
| **Third Party Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NEBRASKA DEPARTMENT  OF** | ) | |
| **ROADS, TRAFCON, INC., and VONTZ** | ) | |
| **PAVING, INC.,** | ) | |
| | ) | |
| **Third Party Defendants.** | ) | |

This matter is before the court on the defendants' motion to continue the planning conference (Filing No. 44).  Upon consideration,

**IT IS ORDERED:**

1.       The defendants' motion to continue the planning conference (Filing No. 44) is granted as set forth below.

2.       The **telephone** planning conference with the undersigned magistrate judge is rescheduled for **November 20, 2009, at 11:00 a.m. Central Standard Time**.  Counsel for the defendants shall initiate the telephone conference.

DATED this 13th day of October, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge