# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTINA M. MANGAN,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**LLOYD B. NEWLON, a Resident of the** )<br>**State of Iowa and HITE TRUCKING, LLC,** )<br>**a corporation doing business in the** )<br>**State of Iowa and the State of Nebraska,** )<br>)<br>**Defendant and Third-Party** )<br>**Plaintiffs.** )<br>)<br>**NEBRASKA DEPARTMENT OF ROADS,** )<br>**TRAFCON, INC., and VONTZ PAVING,** )<br>**INC.** )<br>)<br>**Third-Party Defendants.** ) | **7:09CV5000**<br><br>**ORDER TO CONTINUE TELEPHONE**<br>**PLANNING CONFERENCE** |

This matter is before the Court on Third-Party Defendant Vontz Paving, Inc.'s Motion to Continue the Telephone Planning Conference (Filing No. 57). Upon consideration,

**IT IS ORDERED:**

1. The Third-Party Defendant's Motion to Continue Telephone Planning Conference (Filing No. 57) is granted as set forth below.

2. The **telephone** planning conference with the undersigned Magistrate Judge is rescheduled for **November 24, 2009, at 10:00 a.m. Central Standard Time**. Counsel for the plaintiff shall initiate the telephone conference.

DATED this 18th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge