IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINA M. MANGAN, )<br>a Resident of the State of Colorado, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>LLOYD B. NEWLON, an Iowa Resident, )<br>and HITE TRUCKING, a corporation )<br>doing business in the State of Iowa and )<br>the State of Nebraska )<br> )<br>Defendants. ) | | 7:09CV5000<br><br>ORDER |

This matter is before the court on the motion of Maren Lynn Chaloupka (Filing No. 71) to withdraw as counsel for the plaintiff. The movant states she has given notice to the plaintiff (Ms. Mangan) via electronic and regular mail of her intention to withdraw. No substitute counsel has entered an appearance for the plaintiff. The court will afford Ms. Mangan an opportunity to respond to the motion and/or obtain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. Maren Lynn Chaloupka's motion to withdraw as counsel for the plaintiff Christina Mangan (Filing No. 71) is held in abeyance.

2. Ms. Mangan shall have until **on or before May 6, 2010** to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if no substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, Ms. Mangan will be considered proceeding *pro se* and counsel for the defendants may communicate with Ms. Mangan directly regarding this case.

3. Moving counsel shall serve a copy of this order on her client and file a certificate of service with the court.

DATED this 5th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge