# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINA M. MANGAN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:09CV5000 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LLOYD B. NEWLON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion of Maren Lynn Chaloupka for Leave to Withdraw as Counsel for the Plaintiff (Filing No. 71). Substitute counsel has now entered an appearance on behalf of the plaintiff. Accordingly, the motion to withdraw will be granted. Additionally, the plaintiff seeks a six-month extension of all deadlines established in the November 24, 2009 scheduling order (Filing No. 62). **See** Filing No. 75. The defendants shall have a reasonable opportunity to respond to the plaintiff's motion for a continuance of the deadlines. Upon consideration,

**IT IS ORDERED:**

1. The Motion of Maren Lynn Chaloupka for Leave to Withdraw as Counsel for the Plaintiff (Filing No. 71) is granted for good cause shown pursuant to NEGenR 1.3(f). Maren Lynn Chaloupka and the Chaloupka, Holyoke, Hofmeister, Snyder & Chaloupka, LLC law firm are granted leave to withdraw as counsel for the plaintiff. The Clerk of Court shall stop all electronic notices to this attorney regarding this case.

2. The defendants shall have to **on or before May 13, 2010**, to file a response to the plaintiff's Motion to Continue and Extend Deadlines in Final Progression Order (Filing No. 75).

DATED this 6th day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge