IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINA M. MANGAN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:09CV5000 |
| | ) | |
| v. | ) | |
| | ) | |
| LLOYD B. NEWLON, a resident of the State of Iowa and HITE TRUCKING, LLC, a corporation doing business in the State of Iowa and the State of Nebraska, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendant and Third-Party Plaintiffs, | ) ) ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF ROADS, TRAFCON, INC., and VONTZ PAVING, INC., | ) ) ) | |
| | ) | |
| Third-Party Defendants. | ) ) | |

This matter is before the Court on the joint stipulation for dismissal (Filing No. 108). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed, each party to pay their own costs, complete record waived.

DATED this 24th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court