IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINA M. MANGAN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:09CV5000 |
| | ) | |
| v. | ) | |
| | ) | |
| LLOYD B. NEWLON, a resident | ) | ORDER |
| of the State of Iowa and HITE | ) | |
| TRUCKING, LLC, a corporation | ) | |
| doing business in the State | ) | |
| of Iowa and the State of | ) | |
| Nebraska, | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party | ) | |
| Plaintiffs, | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF ROADS, | ) | |
| TRAFCON, INC., and VONTZ | ) | |
| PAVING, INC., | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint
stipulation for dismissal (Filing No. 108).  The Court finds the
stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and
adopted; this action is dismissed, each party to pay their own
costs, complete record waived.

DATED this 24th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court